AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---OFFENSE CHARGED---

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Maximum Prison Term of 10 years;
Maximum Fine of $250,000;
Maximum Supervised Release Term of 3 years;
Mandatory Special Assessment of $100;
Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUN 30 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ ARIEL TOMAS MORALES

DISTRICT COURT NUMBER
CR 22 249 HSG

---DEFENDANT---

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal  ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)
Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   STEPHANIE M. HINDS
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   THOMAS R. GREEN, AUSA

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED

JUN 30 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

ARIEL TOMAS MORALES,

CR 22 249

HSG

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

A true bill.

_____
Foreman

Filed in open court this 30th day of June 2022.

_____
Clerk

Magistrate Judge, Kandis A. Westmore  6/30/22

Bail, $ ~~NO PROCESS~~ No bail warrant

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED

JUN 30 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 22 2497 HSG |
|---|---|
| Plaintiff, | ) VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) – Forfeiture of Firearm and Ammunition |
| v. | |
| ARIEL TOMAS MORALES, | |
| Defendant. | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:         (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)

1.     On or about February 6, 2022, in the Northern District of California, the defendant,

ARIEL TOMAS MORALES,

knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, namely two (2) rounds of Blazer 9mm ammunition, all in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

//

INDICTMENT                                                    1

FORFEITURE ALLEGATION:   (18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) – Criminal Forfeiture)

2. The factual allegations contained in Count One of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon a conviction for the offense alleged in Count One, the defendant,

ARIEL TOMAS MORALES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all right, title, and interest in any firearm involved in or used in any violation of said offense, including, but not limited to, the following property:

   a. One (1) privately-manufactured 9mm pistol seized on or about February 6, 2022, in Oakland, CA, and
   b. Two (2) rounds of Blazer 9mm ammunition seized on or about February 6, 2022, in Oakland, CA.

4. If any of the property described above, as a result of any act or omission of the defendant:
   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

INDICTMENT

2

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and the Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: June 30, 2022

A TRUE BILL.

_____
FOREPERSON
Oakland

STEPHANIE M. HINDS
United States Attorney

*/s/ Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney

INDICTMENT

3